# United States Bankruptcy Court
## Western District of Texas Midland/Odessa

In re **Arabella Petroleum Company, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Arabella Petroleum Company, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 10, 2015**  
Date

**/s/ Bernard R. Given**  
**Bernard R. Given**  
Signature of Attorney or Litigant  
Counsel for **Arabella Petroleum Company, LLC**  
**Loeb & Loeb LLP**  
**10100 Santa Monica Blvd.**  
**Suite 2200**  
**Los Angeles, CA 90067**  
**310-282-2000**