B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas Midland/Odessa

In re    **Arabella Petroleum Company, LLC**      Case No. _____

                                              Debtor(s)           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nomac Drilling, LLC<br>P.O. Box 650840<br>Dallas, TX 75265 | Nomac Drilling, LLC<br>P.O. Box 650840<br>Dallas, TX 75265 | Trade | | 2,324,539.14 |
| Trans-Pecos Instruments & Supply Inc<br>1024 S Cedar St<br>Pecos, TX 79772 | Trans-Pecos Instruments & Supply Inc<br>1024 S Cedar St<br>Pecos, TX 79772 | Trade | | 485,668.58 |
| Jet Specialty, Inc<br>P.O. Box 678286<br>Dallas, TX 75267 | Jet Specialty, Inc<br>P.O. Box 678286<br>Dallas, TX 75267 | Trade | Disputed | 476,032.88 |
| Sooner Pipe, L.L.C. Dept 26<br>Dept 26<br>P.O. Box 4346<br>Houston, TX 77210 | Sooner Pipe, L.L.C. Dept 26<br>Dept 26<br>P.O. Box 4346<br>Houston, TX 77210 | Trade | | 471,170.64 |
| Bickel & Brewer<br>1717 Main Street<br>Suite 4800<br>Dallas, TX 75201 | Bickel & Brewer<br>1717 Main Street<br>Suite 4800<br>Dallas, TX 75201 | Trade | Disputed | 384,643.39 |
| Buckeye, Inc.<br>P.O. Box 5564<br>Midland, TX 79704 | Buckeye, Inc.<br>P.O. Box 5564<br>Midland, TX 79704 | Trade | | 380,462.48 |
| McClinton Energy Group, LLC<br>P.O. Box 677292<br>Dallas, TX 75677 | McClinton Energy Group, LLC<br>P.O. Box 677292<br>Dallas, TX 75677 | Trade | Disputed | 347,653.22 |
| Culberson Construction, Inc.<br>P.O. Box 1379<br>Granbury, TX 76048 | Culberson Construction, Inc.<br>P.O. Box 1379<br>Granbury, TX 76048 | Trade | | 344,084.77 |
| RWI Construction, Inc<br>P.O. Box 670693<br>Dallas, TX 75267 | RWI Construction, Inc<br>P.O. Box 670693<br>Dallas, TX 75267 | Trade | Disputed | 339,783.00 |
| M3P Directional Services, LTD<br>P.O Box 2552<br>Midland, TX 79702 | M3P Directional Services, LTD<br>P.O Box 2552<br>Midland, TX 79702 | Trade | | 320,545.34 |

B4 (Official Form 4) (12/07) - Cont.

In re  Arabella Petroleum Company, LLC
_____
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Viking Coil Tubing<br>P.O. Box 1989<br>Addison, TX 75001-1989 | Viking Coil Tubing<br>P.O. Box 1989<br>Addison, TX 75001-1989 | Trade | Disputed | 310,527.54 |
| Friendly Trucking<br>1705 S Stockton Ave<br>Monahans, TX 79756 | Friendly Trucking<br>1705 S Stockton Ave<br>Monahans, TX 79756 | Trade | Disputed | 250,000.00 |
| TESSCO Energy Services, Inc<br>P.O. Box 1999<br>Midland, TX 79702 | TESSCO Energy Services, Inc<br>P.O. Box 1999<br>Midland, TX 79702 | Trade | | 249,516.67 |
| A & C Farms Calvin & Ava Gerke<br>P.O. Box 44<br>Pecos, TX 79772 | A & C Farms Calvin & Ava Gerke<br>P.O. Box 44<br>Pecos, TX 79772 | Trade | Disputed | 218,449.00 |
| Stellar Oilfield Rentals, LLC<br>P.O. Box 1839<br>Angleton, TX 77516 | Stellar Oilfield Rentals, LLC<br>P.O. Box 1839<br>Angleton, TX 77516 | Trade | Disputed | 212,669.94 |
| Pipe Pros<br>P.O. BOX 9787<br>Corpus Christi, TX 78469 | Pipe Pros<br>P.O. BOX 9787<br>Corpus Christi, TX 78469 | Trade | | 193,474.75 |
| Crossfire LLC<br>820 Airport Road<br>Durango, CO 81303 | Crossfire LLC<br>820 Airport Road<br>Durango, CO 81303 | Trade | | 190,303.60 |
| CMA Welding and Construction<br>P.O. Box 1155<br>Kermit, TX 79745 | CMA Welding and Construction<br>P.O. Box 1155<br>Kermit, TX 79745 | Trade | | 163,195.44 |
| Independence Oilfield Chemicals<br>DEPT. 623<br>Houston, TX 77210-4652 | Independence Oilfield Chemicals<br>DEPT. 623<br>Houston, TX 77210-4652 | Trade | | 155,072.86 |
| SDS Petroleum Consultants, LLC<br>P.O. Box 456<br>Troup, TX 75789-0456 | SDS Petroleum Consultants, LLC<br>P.O. Box 456<br>Troup, TX 75789-0456 | Trade | Disputed | 147,410.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Arabella Petroleum Company, LLC
             Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 10, 2015          Signature  /s/ Jason Hoisager
                                        Jason Hoisager
                                        President/Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.