**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**P.O. BOX 1539**
**SAN ANTONIO, TX 78295-1539**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ARABELLA PETROLEUM COMPANY,** | § | **CASE NO.  15-70098-RBK** |
| **LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR IN POSSESSION** | § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee ("UST"), through the undersigned attorney, pursuant to §1102(a)(1) and (b)(1) of the Bankruptcy Code, and hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in the case Adobe Trucking, Inc.


1.    Buckeye, Inc.
       P.O. Box 5564
       Midland, TX  79704
       (432) 682-7422
       (432) 682-6233 Fax
       Contact:  Marty Inge
       E-mail: marty@buckeyeinc.com

2.    Baker Hughes Oilfield Operations, Inc.
       2929 Allen Parkway, Suite 2100
       Houston, TX  77019-2118
       (713) 439-8771
       Contact:  Christopher J. Ryan
       E-mail: christopher.ryan@bakerhughes.com

3.      Jet Specialty, Inc.
        211 Market Avenue
        Boerne, TX  78006
        (830) 331-9457, Ext. 106
        Contact: Ted Williams
        E-mail: ted.williams@jetspecialty.com


4.      Crossfire, LLC
        820 Airport Road
        Durango, CO  81303
        (970) 884-4869
        (970) 403-1129 Fax
        Contact: Derek D. McCoy
        E-mail: derek@crossfire-llc.com


                                        Respectfully submitted,

                                        JUDY A. ROBBINS
                                        UNITED STATES TRUSTEE
                                        REGION 7


                                        By: /s/James W. Rose, Jr.
                                             James W. Rose, Jr.
                                             Trial Attorney
                                             Texas Bar No. 17251900
                                             615 E. Houston, Rm. 533
                                             P.O. Box 1539
                                             San Antonio, TX 78295-1539
                                             (210) 472-4640
                                             (210) 472-4649 Fax
                                             E-mail: james.rose@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors has been served upon each member of the committee of unsecured creditors by United States mail, first class, postage pre-paid, and/or by electronic means for all Pacer system participants at the addresses contained in the Notice of Appointment and to the parties on the attached service list on this the 24th day of July, 2015.

                                        /s/ James W. Rose, Jr.
                                        James W. Rose
                                        Trial Attorney

Nomac Drilling, LLC
PO Box 650840
Dallas, TX  75265

Trans-Pecos Instruments & Supply, Inc.
1024 S. Cedar St.
Pecos, TX  79772

Jet Specialty, Inc.
PO Box 678286
Dallas, TX  75267

Sooner Pipe, LLC Dept. 26
PO Box 4346
Houston, TX  77210

Bickel & Brewer
1717 Main St., Ste. 4800
Dallas, TX  75201

Marty Inge
Buckeye, Inc.
PO Box 5564
Midland, TX  79704

McClinton Energy Group, LLC
PO Box 677292
Dallas, TX  75677

Culberson Construction, Inc.
PO Box 1379
Granbury, TX  76048

RWI Construction, Inc.
PO Box 670693
Dallas, TX  75267

M3P Directional Services, Ltd.
PO Box 2552
Midland, TX  79702

Viking Coil Tubing
PO Box 1989
Addison, TX  75001-1989

Friendly Trucking
1705 S. Stockton Ave.
Monahans, TX  79756

TESSCO Energy Services, Inc.
PO Box 1999
Midland, TX  79702

A & C Farms
Calvin & Ava Gerke
PO Box 44
Pecos, TX  79772

Stellar Oilfield Rentals, LLC
PO Box 1839
Angleton, TX  77516

Pipe Pros
PO Box 9787
Corpus Christi, TX  78469

Derek D. McCoy
Crossfire LLC
820 Airport Road
Durango, CO  81303

CMA Welding and Construction
PO Box 1155
Kermit, TX  79745

Independence Oilfield Chemicals
Dept. 623
Houston, TX  77210-4652

SDS Petroleum Consultants, LLC
PO Box 456
Troup, TX  75789-0456

Arabella Petroleum Co., LLC
509 Pecan St., Ste. 200
Ft. Worth, TX  76102

Bernard R. Given
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA  90067

Christopher J. Ryan
Baker Hughes Oilfield Operations
2929 Allen Pkwy, Suite 2100
Houston, TX 77019-2118

Ted Williams
Jet Specialty, Inc.
211 Markey Ave.
Boerne, TX 78006