Kenneth Green
State Bar No. 24036677
kgreen@snowspencelaw.com
Blake Hamm
State Bar No. 24069869
blakehamm@snowspencelaw.com
Carolyn Carollo
State Bar No. 24083437
carolyncarollo@snowspencelaw.com
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX  77019
Telephone: (713) 335-4800
Facsimile:  (713) 335-4848

PROPOSED COUNSEL FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **In re:** § | **CHAPTER 11** | |
| § | | |
| **Arabella Petroleum Company, LLC** § | **CASE NO. 15-70098-rbk** | |
| § | | |
| **Debtor.** § | | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
COMBINED WITH REQUEST FOR ALL COPIES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Snow Spence Green LLP, as proposed counsel to the Official Committee of Unsecured Creditors[1] requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon:

---

[1] The United States Trustee appointed the Official Committee of Unsecured Creditors on July 24, 2015  *See* Docket No 37.

1

Kenneth Green
Blake Hamm
Carolyn Carollo
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, Texas  77019
blakehamm@snowspencelaw.com
carolyncarollo@snowspencelaw.com
kgreen@snowspencelaw.com

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise, which affect or seek to affect this case.

Respectfully submitted,

By:   */s/ Kenneth Green*
Kenneth Green
State Bar No. 24036677
kgreen@snowspencelaw.com
Blake Hamm
State Bar No. 24069869
blakehamm@snowspencelaw.com
Carolyn Carollo
State Bar No. 24083437
carolyncarollo@snowspencelaw.com
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX  77019
Telephone: (713) 335-4800
Facsimile:  (713) 335-4848

**PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served on the 24th day of July, 2015, upon all parties via the Court's electronic case filing system (ECF).

                                                */s/ Kenneth Green*
                                                Kenneth Green

I:\Client\ARAB0001-Arabella\Pleadings\Creditors' Committee Notice of Appearance.docx