UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ARABELLA PETROLEUM COMPANY, LLC | § § | CASE NO. 15-70098-rbk<br>Chapter 11 |
| | § § | |
| Debtor. | § | |

## VERIFIED RULE 2019 STATEMENT

Now comes Randall L. Rouse, attorney, filing this Verified Rule 2019 Statement stating that he represents the following entities in this case:

1. **BAKER HUGHES OILFIELD OPERATIONS, INC.**
   c/o Christopher Ryan
   P.O. Box 4740
   Houston, Texas 77210

2. **DELAWARE BASIN RESOURCES, LLC**
   c/o Rick Montgomery
   110 W. Louisiana, Suite 300
   Midland, Texas 79701

I have been hired by Baker Hughes Oilfield Operations, Inc. to represent it as a party in interest in this action; Baker Hughes is owed money by Arabella Petroleum Company, LLC for an arbitration claim award.

I have been hired by Delaware Basin Resources, LLC, who is owed money by Arabella Petroleum Company, LLC for non-payment under a joint operating agreement and for non-payment of oil and gas revenue that is owed.

1

DATED: July 27, 2015.

        Respectfully submitted:

        */s/ Randall L. Rouse*
        Randall L. Rouse
        Texas State Bar No. 17324300
        rrouse@lcalawfirm.com
        **LYNCH, CHAPPELL & ALSUP**
        300 N. Marienfeld, Suite 700
        Midland, Texas 79701
        Telephone: (432) 683-3351
        Telecopier: (432)683-2587

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of July, 2015, a true and correct copy of the above and foregoing was served upon all parties via the Court's electronic case filing system (ECF).

        */s/ Randall L. Rouse*
        RANDALL L. ROUSE

2

## VERIFICATION

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF MIDLAND** | § |

BEFORE ME, the undersigned authority, on this day personally appeared RANDALL L. ROUSE, known to me to be the attorney of record in the above entitled and numbered cause, and after being by me duly sworn, deposes and says that the statements and allegations contained in the foregoing instrument are true and correct.

SIGNED this the 27th day of July, 2015.

_____
RANDALL L. ROUSE

SWORN TO AND SUBSCRIBED BEFORE me by the said RANDALL L. ROUSE on this the 27th day of July, 2015.



_____
NOTARY PUBLIC in and for
State of Texas

3