# EXHIBIT B


# MORRIS D. WEISS
Partner



512.685.6418 direct
Morris.Weiss@wallerlaw.com
v-Card

Location

Legal Services
Industries Served
Assistant

Overview　Professional　News/Events　Up Close

Texas State Bar Association
American Bankruptcy Institute

**Prior Affiliations**

Partner, Taube Summers Harrison Taylor Meinzer Brown, LLP, Austin, Tex.
Managing Director-Investment Banking, MDB Capital Group
Chief Restructuring Officer, Atlas Mining Company
Managing Director, Tejas Securities Group, Inc.
Senior Vice President and General Counsel, National Bancshares Corporation of Texas
Partner-Business Finance & Restructuring, Weil Gotshal and Manges LLP

**Education**

J.D., South Texas College of Law, 1985

B.S., Babson College, 1981

**Bar Admissions**

Texas

Florida

New York

**Court Admissions**

United States Supreme Court

U.S. Court of Appeals for the Third and Fifth Circuits

U.S. District Court, Northern, Southern, and Western Districts of Texas

U.S. District Court, Middle and Southern Districts of Florida

U.S. District Court, Southern District of New York

Waller Blogs　Client Login